PII SAM, LLC, Respondent, v VINCENT MAZZURCO, Appellant, et al., Defendants. SUSAN YEH, Nonparty-Respondent.

Submitted August 17, 2015; decided September 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PS 157 LOFTS LLC et al., Respondents, v KIMBERLY AUSTIN et al., Appellants.

Submitted August 10, 2015; decided September 22, 2015

Motion for reargument denied [see 25 NY3d 1186 (2015)].

In the Matter of the Claim of PAUL SCHWENGER, Appellant, v NYU SCHOOL OF MEDICINE et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 29, 2015; decided September 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

KENNETH P. SILVERMAN, Appellant, v DAILY NEWS, L.P., et al., Respondents, et al., Defendants.

Decided September 22, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.